# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 20-21-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| KEITH CHARLES HARRISON, | |
| Defendant. | |

Defendant Keith Charles Harrison, having filed an Unopposed Motion to Continue Initial Appearance on Revocation Proceedings, there being no objection from the Government, and good cause appearing;

IT IS HEREBY ORDERED that the Initial Appearance on Revocation Proceedings in this matter, presently scheduled for Wednesday, September 28, 2022, at 10:00 a.m., is VACATED; IT IS FURTHER HEREBY ORDERED that the Initial Appearance on Revocation Proceedings shall be and is hereby rescheduled for November 1, 2022 at 10:00 a.m.

DATED this 26th day of September, 2022.

John Johnston
United States Magistrate Judge