# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KEITH CHARLES HARRISON,

Defendant.

**CR-20-21-GF-BMM**

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 14, 2023.  (Doc. 70.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 13, 2023. (Doc. 64) The United States accused Keith Harrison, (Harrison) of violating his conditions of supervised release 1) by using methamphetamine; 2) by using Valium; 3) by possessing Gabapentin; 4) by failing to comply with his substance abuse testing requirements; 5) by using methamphetamine, fentanyl and benzodiazepines; and 6) by committing another crime. (Doc. 57.)

At the revocation hearing, Harrison admitted that he had violated the terms of his supervised release 1) by using methamphetamine; 2) by using Valium; 3) by possessing Gabapentin; 4) by failing to comply with his substance abuse testing requirements; 5) by using methamphetamine, fentanyl and benzodiazepines; and 6) by committing another crime. (Doc. 64.)  Judge Johnston found that the violations Harrison admitted prove serious and warrants revocation of his supervised release and recommends a sentence of time served with 28 months of supervised release to follow. (Doc. 70.) Harrison was advised of his right to appeal and his right to allocute before the undersigned. He waived those rights. (Doc. 64.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 70) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Keith Charles Harrison be sentenced to the Bureau of Prison for time served with 28 months year of supervised release to follow.

DATED this 15th day of June,  2023.

Brian Morris, Chief District Judge
United States District Court